PROB 12B
(12/00)

# United States District Court
**for**
## The District of Rhode Island

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**

**Name of Offender:** Hakim Davis **Case Number:** 1:95CR00075-05

**Name of Sentencing Judicial Officer:** Honorable Mary M. Lisi, U.S. District Judge

**Date of Original Sentence:** September 25, 1997

**Original Offense:** Violent Crime in Aid of Racketeering: Murder

**Original Sentence:** 135 months imprisonment and 60 months supervised release with the special condition that the defendant participate in a substance abuse program as approved and monitored by the United States Probation Department.

**Type of Supervision:** Supervised Release **Commencement Date of Supervision:** January 21, 2005

☐ To extend the term of supervision for ______ years, for a total term of ______ years.

☒ To modify the conditions of supervision as follows:

(1) That the defendant serve 48 consecutive hours in a designated jail facility as directed by the United States Probation Department.

**CAUSE**

Mr. Davis has been under the supervision of United States Probation Officer Donna M. High in the Northern District of Georgia since the commencement of his supervised release supervision on January 21, 2005. His expiration date is scheduled for January 20, 2010.

Mr. Davis, age 29, resides with his godmother, Jennifer Daughtry, at 39 Rivercrest Court, Riverdale, Georgia. He has, according to United States Probation Officer High, committed numerous technical violations during the past six months. He tested positive for marijuana on November 10, 2005; he has failed to report for drug testing on September 14th, September 27th, October 3rd, October 17th and October 21st; he has refused outpatient drug treatment and he has been unemployed since June. She has addressed these matters with Mr. Davis, and he has agreed to the above-mentioned special condition as evidenced by his signature on the attached Probation Form 49 - Waiver of Hearing to Modify Conditions of Supervised Release.

The United States Probation Department in the Northern District of Georgia has decided not to request the jurisdiction of Mr. Davis' case since he has stated on more than one occasion that he may relocate to the District of Rhode Island during his period of supervised release.

- ☐ No Action
- ☐ The Extension of Supervision as Noted Above
- ☑ The Modification of Conditions as Noted Above
- ☐ Other

Mary M. Lisi

Honorable Mary M. Lisi
U.S. District Judge

12/16/05

Date